# EXHIBIT 1

# EXHIBIT 1

New Laws Passed May 18 - Laws passed to allow all U.S. drivers to get Car Insurance for $29 a month!

## Patrick Goff
Editor of HotelDesigns magEzine and award winning designer
Croydon, United Kingdom | Design



| | |
|---|---|
| **Current** | • **Director** at **Hotel Design and Management Company**<br>• **Founder and Editor** at **HotelDesigns** |
| **Past** | • Boss at Goff Associates<br>• Director of Visual Studies at Morley College<br>• Head of Art & Design at Southwark College |
| **Education** | • Bath Academy of Art |
| **Recommendations** | 5 people have recommended Patrick |
| **Connections** | 137 connections |
| **Websites** | • My Company |
| **Twitter** | • HotelDesigns |
| **Public Profile** | http://uk.linkedin.com/in/patrickgoff |

see all...

Expanded profile views are available only to premium account holders. **Upgrade your account.**

## Summary
Designer, Fine artist and writer on design. My goal is to stay creative until planted

**Specialties**
Expert in interiors for hotels, and in marketing and promotion of designers and products over the web.

## Contact Settings
**Interested In**
- consulting offers
- expertise requests
- reference requests
- new ventures
- business deals
- getting back in touch

**Send a message to Patrick Goff**
Send InMail

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Developers | Language | Upgrade Your Account
LinkedIn Corporation © 2010 |

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com

 PRINTTHIS

Powered by Clickability

Feb. 09, 2010
Copyright © Las Vegas Review-Journal

CORRECTION ON 02/10/10 -- A story on page 1A of Tuesday's Review-Journal contained incorrect information. The Golf Club at SouthShore remains open at Lake Las Vegas.

## Shutting down the Ritz

### Company to close hotel at Lake Las Vegas

By JOHN G. EDWARDS
LAS VEGAS REVIEW-JOURNAL

The Ritz-Carlton Lake Las Vegas, a five-diamond hotel at the troubled resort community in Henderson, told its 340 employees Monday that it will close on May 2.

Transcontinental Corp. opened the 349-room hotel in 2003, but Deutsche Bank took over ownership of the property last year through an affiliated company called Village Hospitality and decided to stop funding the resort.

"The unprecedented economic downturn has had a significant impact on the hotel's operations. As a result, Village Hospitality LLC concluded that continuing to fund operations was no longer economically viable and consequently decided to close the hotel effective May 2, 2010," Assistant Vice President Scott Helfman said in a statement.

"The entire Las Vegas region has been financially impacted, probably more than any other region in the United States," said Vivian Deuschl, corporate vice president of Ritz-Carlton, which operates the hotel.

She pointed to a decline in individual visitors and an even bigger drop in group business.

"It's not a reflection on the hotel," Deuschl said.

The Ritz-Carlton is one of eight Southern Nevada hotels with AAA's highest five-diamond rating for 2010.

The workers have excelled in their work, she said. "This is a very sad day for them. It's a sad day for all of us."

The hotel has two restaurants and a spa, but two of the golf courses at Lake Las Vegas have been shut down during the luxury community's Chapter 11 bankruptcy proceedings.

A local developer, who spoke on condition of anonymity, said he was offered an opportunity to buy the Ritz-Carlton for $20 million but summarily rejected it.

The Ritz-Carlton Lake Las Vegas filed for reorganization in 2008 to avoid foreclosure.

The closing of the Ritz-Carlton is the latest in a string of troubles for the 3,600-acre resort community, which is built around a 340-acre man-made lake.

Actor J. Carlton Adair acquired the land and rights to 10,000 acre-feet of water in a transaction with the federal government in 1966.

Transcontinental Corp., which is owned by Ron Boeddeker, began development on the land in the 1990s. Other investors included Sid and Lee Bass, the billionaire Texas brothers.

Critics said the project was ill-conceived in part because of its location 14 miles from the Strip.

The community has a second hotel, the 493-room Loews Lake Las Vegas, which is still operating, but Lake Las Vegas has no grocery store. The nearest schools are in a working-class neighborhood of Henderson. The only gambling at the community is at the Casino MonteLago.

Singer Celine Dion and her husband, Rene Angelil, bought a home on the lake shore for $1.2 million in 2002.

In 2004, the community owners pulled $470 million from Lake Las Vegas, representing a large portion of money borrowed from a group that included Credit Suisse.

In January 2008, the previous owners turned over the project to a group led by Frederick Chin. In July of that year, the new owners filed for Chapter 11 bankruptcy. Bankruptcy Judge Linda Riegle approved a post-bankruptcy loan from Credit Suisse, Goldman Sachs Asset Management, Lehman Bros., Guggenheim, Hartford Insurance and others so that Lake Las Vegas could continue operations.

At one point, a bankruptcy attorney said he feared the 7-foot-diameter drainage pipe that runs underneath the lake could rupture and turn the lake into a smelly, mosquito-ridden swamp. Repairs were made to the drainage structure during the bankruptcy proceedings.

Riegle is scheduled to hold a hearing on Feb. 16 to discuss a document that outlines the plan of reorganization for Lake Las Vegas. Creditors will vote on the plan, and the judge will hold a second hearing on April 13.

Ritz-Carlton Hotel Co. is a separate division of Marriott International.

Employees at the Lake Las Vegas hotel were told of the closing Monday. Hotel officials said they will try to place all of the resort's workers at other Marriott hotels or other local properties.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

**Find this article at:**
http://www.lvrj.com/news/ritz-carlton-lake-las-vegas-shutting-down-may-2-83841752.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



Enter search text    Search

News - 21st Feb 2010

Homepage
Industry News
Reviews
Directory
Design Club
Employment
Events
Contact Us

# Ritz-Carlton hotel to shut its doors

The Ritz-Carlton Lake Las Vegas, a five-star hotel at the troubled resort community in Henderson, told its 340 employees Monday that it will close on May 2 this year.


Guest room at the Ritz-Carlton Lake Las Vegas


Spa at the Ritz-Carlton Lake Las Vegas


Exterior of the Ritz-Carlton Lake Las Vegas


Club lounge at the Ritz-Carlton Lake Las Vegas

Transcontinental Corp. opened the 349-room hotel in 2003, but Deutsche Bank took over ownership of the property last year through an affiliated company called Village Hospitality and decided to stop funding the resort.

The Ritz-Carlton is one of eight Southern Nevada hotels with AAA's highest five-diamond rating for 2010.

The hotel has two restaurants and a spa, but two of the golf courses at Lake Las Vegas have been shut down during the luxury community's Chapter 11 bankruptcy proceedings.

A local developer, who spoke on condition of anonymity, said he was offered an opportunity to buy the Ritz-Carlton for US$20m but summarily rejected it.

The Ritz-Carlton Lake Las Vegas filed for reorganization in 2008 to avoid foreclosure.

Ritz-Carlton, assistant vice president, Scott Helfman said: "The unprecedented economic downturn has had a significant impact on the hotel's operations. As a result, Village Hospitality LLC concluded that continuing to fund operations was no longer economically viable and consequently decided to close the hotel effective May 2, 2010."

Ritz-Carlton, corporate vice president, Vivian Deuschl said: "The entire Las Vegas region has been financially impacted, probably more than any other region in the United States. It's not a reflection on the hotel. This is a very sad day for them (the workers). It's a sad day for all of us."

**Royal Caribbean Cruises**
Best rates and great service on Royal Caribbean. Huge selection.
RoyalCaribbean.Vacation

**Expedia:Discount Lodging**
Save up to 50% on hotels at Expedia Hotel Info, Photos & Virtual Tours
www.Expedia.com

**Long Island Suite Hotel**
Still Adding Point & Mile Rewards? Experience Everyday Rewards Here!
www.TheInnAtFoxHollow

**$39+ Flight Sale**
Airlines have slashed fares on routes across the US.
www.Travelzoo.com


Lobby lounge at the Ritz-Carlton Lake Las Vegas

### Related Articles

News Article > JW Marriott opens in LA's new multi-use tower
News Article > Ritz-Carlton reveals plans to develop in Israel
News Article > The Ritz-Carlton Highlands ski resort open its doors this week

### Reader Comments

You will need to login to add your comments

*No comments available.*

Comment on this article

© Copyright Hotel Designs 2007 | Industry News RSS Feed

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007138816 / 2010-04-30

Application Title: Shutting down the Ritz.

Title:               Shutting down the Ritz.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-02-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:      C.O. correspondence.
                     Regarding deposit: Special relief granted under 37 CFR
                       202.20(d).

Names:               Stephens Media LLC
                     Righthaven LLC

==============================================================================
```